BEFORE THE THIRD DIVISION, APRIL 4, 1950

No. 54194.—Davies, Turner & Co. et al. *v.* United States, protests 43978–K/89724 and 43979–K/89732 (Chicago).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve Bank and set forth by the collector on each of the entries involved.

No. 54195.—Alaska Pacific Sales Company *v.* United States, protest 122259–K (Seattle).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54196.—Hoyt, Shepston & Sciaroni *v.* United States, protest 145266–K (San Francisco).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54197.—Sprague Steamship Company *v.* United States, protest 148808–K (Norfolk).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, APRIL 6, 1950

No. 54198.—Charlotte Blodgett et al. *v.* United States, protests 111950–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.